## Commonwealth *v.* McDaniel, Appellant.

 Submitted December 16, 1975. *Edward F. Chacker* and *Andrew G. Gay*, for appellant; *Carlos Morcate, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitz-*

*patrick,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.